UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON SEMERAU

                        Plaintiff(s)

v.

Watlow Electric Manufacturing Co

                        Defendant(s)

CASE No C 22-cv-04586-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS **(as modified)**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☒ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)
  Subject to and contingent upon Plaintiff's remote participation, Plaintiff is agreeable to Court-sponsored mediation through the Court's ADR Program. Defendant is agreeable to Plaintiff's remote participation in Court-sponsored mediation. In the event that remote participation is not permitted, Plaintiff is agreeable only to participating in private mediation.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: 150 days from ADR order date

Date: 11/1/2022        /s/ Alex Hadjian
                                  Attorney for Plaintiff

Date: 11/1/2022        /s/ Olga Savage
                                  Attorney for Defendant

☐ IT IS SO ORDERED.

☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:  The stipulation is GRANTED, but the referral is not contingent on plaintiff being allowed to participate remotely.  The Court leaves it to the discretion of the assigned mediator to determine in consultation with the parties what approach will work best.

DATE: 11/8/2022        Haywood S. Gill, Jr.
                                  U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*