TARA J. LICATA, ESQ. (State Bar  No. 266111)
tlicata@LYlegal.net
PAMELA A. TRIPLETT, ESQ. (State Bar No. 310232)
Ptriplett@LYlegal.net
ALEX K. HADJIAN, ESQ. (State Bar No. 327534)
ahadjian@LYlegal.net
**LICATA & YEREMENKO**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403
Phone: (818) 783-5757
Fax:   (818)783-7710

Attorneys for Plaintiff **BRANDON SEMERAU**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SEMERAU,,<br><br>Plaintiff,<br><br>*vs*.<br><br>WATLOW ELECTRIC MANUFACTURING COMPANY; and DOES 1 through 100, Inclusive,<br><br>Defendants | **Case No.   22-cv-04586-HSG**<br><br>[Assigned for all purposes to the Hon. Haywood S. Gilliam, Jr., Courtroom 2]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties' Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii) , requesting dismissal of this entire action with prejudice, is hereby GRANTED.  The case is hereby Dismissed With Prejudice in its entirety and with respect to all parties, with each party bearing their own costs and attorneys' fees.

It is SO ORDERED.

DATED: 7/12/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**